B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

___Western___ District Of ___MICHIGAN___

In re  __Nathaniel James  Vaillancourt__    Case No. __16-04466__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**DNF Associates, LLC C/O Jefferson Capital Systems LLC**  
Name of Transferee

**Sterling Jewelers Inc.**  
Name of Transferor

Name and Address where notices to transferee should be sent:  
**DNF Associates, LLC C/O Jefferson Capital Systems LLC**  
**PO BOX 7999**  
**Saint Cloud , MN 56302-**

Court Claim # (if known): **2**  
Amount of Claim:  **$2,927.16**  
Date Claim Filed:   **9/16/2016**

Phone:  __800-928-7314__  
Last Four Digits of Acct #:   __0646__

Phone:  __855-824-4050__  
Last Four Digits of Acct #:   __0646__

Name and Address where transferee payments should be sent (if different from above):  
**DNF Associates, LLC C/O Jefferson Capital Systems LLC**  
**PO BOX 772813**  
**Chicago , IL 60677-2813**

Phone:  __800-928-7314__  
Last Four Digits of Acct #:   __0646__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Karen Borgmann (Bankruptcy Specialist)__          Date: __01/16/2019__  
        Transferee/Transferee's Agent

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# WAIVER OF NOTICE OF ASSIGNMENT OF CLAIM

DNF Associates, LLC, and any of its subsidiaries, is organized under the laws of the State of Delaware and maintaining a place of business at 2351 North Forest Road suite 110, Getzville, NY 14068 ("Transferor"). Transferor has assigned certain debts to Jefferson Capital Systems, LLC ("Transferee") to file claims on behalf of Transferor and to continue servicing any claims on Transferor's behalf. Transferee is a limited liability company organized under the laws of the State of Georgia maintaining a place of business at 16 McLeland Road, St. Cloud, Minnesota 56303. Said debts arise under consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

- Sterling Jewelers Inc.
- Sterling Jewelers Inc co
- Sterling Jewelers Inc D/B/A Jared The Galleria of Jewelry Sterling Jewelers Inc D/B/A Kay Jewelers Sterling Jewelers Inc. d/b/a JB Robinson Jewelers Sterling Jewelers Inc. D/B/A Kay Jewelers Sterling Jewelers Inc.
- Sterling Jewelers Inc. dba Sterling Jewelers Inc.

Transferor, as owner and/or servicer of the Accounts, consents to the attachment of a copy of this Waiver of Notice of Assignment of Claim filed by the Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Assignment of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this waiver by and through its duly authorized officer this 16th day of November 2018.

TRANSFEROR:

DNF Associates, LLC
By: _____
Name: Lawrence Schiavi
Title: Managing Partner