B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Western District of Michigan (Grand Rapids)

In re:  Nathaniel James Vaillancourt    ,    Case No. 16-04466-jtg

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cenlar FSB | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O Cenlar, FSB
425 Phillips Blvd.
Ewing, NJ 08618

Court Claim # (if known):   8-1
Amount of Claim:   $89,181.56
Date Claim Filed:   04/13/2017

Phone:
Last Four Digits of Acct #:   5716

Phone:   (866)613-5636
Last Four Digits of Acct. #:   9501

Name and Address where transferee payments should be sent (if different from above):
C/O Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618

Phone:
Last Four Digits of Acct #:   5716

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Athena Aitas (P61824)    Date:   June 19, 2019
Transferee/Transferee's Agent
Attorney for Cenlar FSB
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: WesternECF@trottlaw.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.